Entered: February 3rd, 2020
Signed: January 31st, 2020

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: **19–16639 – TJC**  Chapter: **13**

**Sandra F. Tello**
Debtor

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:  Debtor – Sandra F. Tello
     Attorney for Debtor – Aryeh E. Stein
     Case Trustee – Timothy P. Branigan
     All Creditors

### End of Order

40x08 (rev. 01/14/2013) – nguerra